IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LIVE FACE ON WEB, LLC | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| NATIONAL ASSOCIATION FOR THE | : | |
| SELF-EMPLOYED, INC. | : | No. 11-6737 |

**O R D E R**

AND NOW, this 26<u>th</u> day of November, 2012, it appearing that the plaintiff has voluntarily dismissed this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff's motion to compel (paper no. 29) and defendant's motion to compel (paper no. 28) are **DENIED** as moot.

*/s/ Norma L. Shapiro*

J.